**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
                                              )
UNITED STATES OF AMERICA        )
                                              )
                                              )
             v.                               )        CRIMINAL NO. 05-316 (ESH)
                                              )
                                              )
JUAN CARLOS GOMEZ               )
_____ )


**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Reschedule Status, and any

opposition, it is this _____ day of _____, 2008, hereby

            **ORDERED** that defendant Juan Carlos Gomez' motion is granted; and it

is further

            **ORDERED** that the status hearing of April 18, 2008, will be rescheduled

to a date and time amenable to all parties.

            **SO ORDERED**.


Date:


                              _____
                                   ELLEN SEGAL HUVELLE
                              UNITED STATES DISTRICT COURT JUDGE